**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-2433**

———————

ALPHONZO CRAIGHEAD,

                Plaintiff - Appellant,

        v.

NISSAN MOTOR ACCEPTANCE CORPORATION,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:10-cv-00981-JCC)

———————

Submitted:  April 21, 2011          Decided:  April 26, 2011

———————

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alphonzo Craighead, Appellant Pro Se.   Christopher Michele
Corchiarino, GOODELL DEVRIES LEECH & DANN, LLP, Baltimore,
Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alphonzo Craighead appeals the district court's order dismissing without prejudice in part and with prejudice in part his Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681(u) (2006) and Virginia state law claims against Nissan Motor Acceptance Corporation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Craighead v. Nissan Motor Acceptance Corp., No. 1:10-cv-00981-JCC (E.D. Va. Dec. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED